IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAW ENFORCEMENT & TECHNOLOGY FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br><br>vs.<br><br>POINTS WEST COMMUNITY BANK,<br><br>    Defendant. | 8:24CV241<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on Plaintiff's Motion to Dismiss (Filing No. 15). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice, with each party to bear their own fees and costs.

Dated this 16th day of October, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge